LUPE MARTINEZ, CSBN 49620
1010 West Taylor Street
San Jose, California 95126
TEL: (408) 971-4249    FAX (408) 286-5705
martinez-luna@sbcglobal.net

Attorney for Defendant
ORLANDO CORTEZ

*Filed DEC 15 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE CALIFORNIA*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ORLANDO CORTEZ,<br><br>                    Defendant. | No. CR 09-00703-RS<br><br>STIPULATION RE MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE TO PERMIT TRAVEL TO EASTERN DISTRICT OF CALIFORNIA<br><br>*RS*<br>[~~PROPOSED~~] ORDER<br><br>**Honorable Richard Seeborg**<br>United States Magistrate-Judge |

Defendant and the government through their respective counsel, Lupe Martinez and Assistant United States Attorney Jeffrey B. Schenk, agree and stipulate that, subject to the Court's approval, defendant Orlando Cortez's supervised release travel restrictions be modified to permit Mr. Cortez to travel between the Northern and Eastern Districts of California.

Dated: December 14, 2009              s/s Lupe Martinez

                                      LUPE MARTINEZ
                                      Attorney for Defendant Orlando Cortes

Stipulation and Proposed Order Re
Modification of Travel Restrictions;
Order

- 1 -

Dated: December 14, 2009          s/s Jeffrey B. Schenk

                                  JEFFREY B. SCHENK
                                  Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that defendant Orlando Cortez's conditions of supervised release are hereby modified to permit defendant to travel between the Northern and Eastern Districts of California.

Dated: December 15, 2009

                                  _____
                                  HONORABLE RICHARD SEEBORG
                                  United States Magistrate Judge

Stipulation and Proposed Order Re
Modification of Travel Restrictions;
Order

- 2 -